ORIGINAL

Case 1:21-mc-00797-LLS   Document 23   Filed 01/07/22   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/22

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
INNOVATUS CAPITAL PARTNERS, LLC,

                Plaintiff,          21 MC 00797 (LLS)
                                         ORDER

        - against -


777 PARTNERS, LLC,

                Defendant.
-------------------------------X
```

Innovatus's motion to compel documents responsive to its subpoena is granted, and 777 Partners' cross-motion to quash is denied, to the extent that the numbered Requests in the subpoena are modified and enforced as follows:

> Request No. 1. Stricken as overbroad and overburdensome.
>
> Request No. 2. Allowed with the words "any of Your/[or Their] affiliates" and "all communications related to any such agreements" stricken.
>
> Request No. 3. Allowed with the words "and/or any Affiliated business" stricken.
>
> Request No. 4. Same as No. 3
>
> Request No. 5. Same as No. 3
>
> Request No. 6. To be rewritten as "All information prepared by Your staff and given to Your board of managers relating to MV Realty's RTL Business."
>
> Request No. 7. Same as No. 1
>
> Request No. 8. Same as No. 1

-2-

Request No. 9. Same as No. 1

Request No. 10. To be rewritten as "All studies or appraisals of existing or potential markets for RTL transactions."

So Ordered.

Dated:   New York, New York
         January 7, 2022

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.